FILED
2008 Apr-09 PM 03:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DEMETRICE HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO: CV-08-P-0212-S |
| | ) | |
| ER SOLUTIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL

COME NOW the plaintiff, Demetrice Harris, by and through counsel, Whitney Seals, and the defendant, ER Solutions, Inc., by and through counsel, Neal D. Moore, III, and jointly request this Honorable Court to dismiss this case, with prejudice, costs taxed as paid. In support of this motion, the parties represent that they have reached a separate confidential resolution to all the claims asserted or assertable between them.

WHEREFORE, PREMISES CONSIDERED, the parties respectfully request this Honorable Court to dismiss this cause of action with prejudice, costs taxed as paid.

Respectfully Submitted,

_____
Whitney Seals
PATE & COCHRUN
P.O. Box 10448
Birmingham, AL 35202
*Attorney for Plaintiff,*
*Demetrice Harris*

_____
Neal D. Moore, III
FERGUSON, FROST & DODSON, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama 35243
(205)879-8722
*Attorney for Defendant,*
*ER Solutions, Inc.*

{W0200297.1 }