FILED
2008 Apr-10 PM 12:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **DEMETRICE HARRIS,** | } |
| **Plaintiff,** | } |
| v. | }    Case No.: **2:08-CV-212-RDP** |
| **ER SOLUTIONS, INC.,** | } |
| **Defendant.** | } |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal (Doc. #8) filed by the parties herein on April 9, 2008, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**. Costs are taxed as paid.

**DONE** and **ORDERED** this \_\_\_10th\_\_\_ day of April, 2008.



**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE